**SODW**
Katherine M. Barker, Esq.
Nevada Bar No. 006084
**Law Offices of Rhonda Long**
6671 Las Vegas Blvd South, Suite 210
Las Vegas, Nevada 89119
Phone: 702-233-9303
kbarker@geico.com
Attorney for Defendant
GEICO Advantage Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ANTONIO NUNEZ ORTIZ, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE COMMERCIAL CASUALTY COMPANY; A FOREIGN CORPORATION; GEICO ADVANTAGE INSURANCE COMPANY; A FOREIGN CORPORATION; DOE INDIVIDUALS 1-20, INCLUSIVE; AND ROE CORPORATIONS 1-20, INCLUSIVE,<br><br>Defendants. | Case No.:  2:24-cv-00003<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE ENTIRE ACTION** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, by and through their respective counsel of record, that the above-entitled action be dismissed with prejudice, and that an Order be entered into accordingly, each party to bear their own attorneys' fees and

/ / /

/ / /

/ / /

/ / /

1

costs. The trial in this matter has not been set.

DATED this 11th day of April, 2024.                    DATED this ____ day of April, 2024.

**LAW OFFICES OF RHONDA LONG**                         **DIMOPOULOS INJURY LAW**


*/s/ Katherine M. Barker*                              */s/ Paul A. Shpirt*
Katherine M. Barker, Esq.                              Paul A. Shpirt, Esq.
Nevada Bar No. 006084                                  Nevada Bar No. 10441
6671 Las Vegas Blvd South, Suite 210                   6671 Las Vegas Blvd South, Suite 275
Las Vegas, Nevada 89119                                Las Vegas, Nevada 89119
Attorney for Defendant                                 Attorney for Plaintiff
GEICO Advantage Insurance Company                      Juan Antonio Nunez Ortiz

**BARRON & PRUITT, LLP**


*/s/ William H. Pruitt*
William H. Pruitt, Esq.
Nevada Bar No. 006783
3890 West Ann Road
North Las Vegas, Nevada 89031
Attorney for Defendant
Progressive Commercial Casualty Company

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

<u>**Ortiz v Progressive and GEICO Advantage**</u>
<u>**Case: 2:24-cv-00003**</u>

## <u>ORDER</u>

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-entitled action and the same is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

DATED this __8th__ day of __May_____, 2024.

_____
FEDERAL JUDGE

Submitted by:
LAW OFFICES OF RHONDA LONG

*/s/ Katherine M. Barker*
Katherine M. Barker, Esq.
Nevada Bar No. 006084
6671 Las Vegas Blvd South, Suite 210
Las Vegas, Nevada 89119
Attorney for Defendant
GEICO Advantage Insurance Company

3

**From:** Paul Shpirt <ps@stevedimopoulos.com>
**Sent:** Thursday, April 4, 2024 10:57 AM
**To:** Riggert, Michelle <VRiggert@geico.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Rosa Quarles <rq@stevedimopoulos.com>; Barker, Katherine <KBarker@geico.com>
**Subject:** Re: Ortiz v. GEICO and Progressive - Stip and Order dismissing GEICO

**CAUTION External email: Proceed with caution on clicking links or opening attachments. Report suspicious emails using the Phish Alert Button.**

You have my authority to attach my e signature

**From:** MaryAnn Dillard <MDillard@lvnvlaw.com>
**Sent:** Friday, April 5, 2024 9:58 PM
**To:** 'Paul Shpirt' <ps@stevedimopoulos.com>; Riggert, Michelle <VRiggert@geico.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Rosa Quarles <rq@stevedimopoulos.com>; Barker, Katherine <KBarker@geico.com>
**Subject:** RE: Ortiz v. GEICO and Progressive - Stip and Order dismissing GEICO - 2:24-cv-00003

**CAUTION External email: Proceed with caution on clicking links or opening attachments. Report suspicious emails using the Phish Alert Button.**

Mr. Pruitt also gives permission for his e-signature to be used on the stipulation and order for dismissal.  Thanks,

**MaryAnn Dillard|Paralegal**

4